UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JAVIER LUNA, an individual and as assignee of DAVAID DANDEL'S and CATHERINE KECKLER'S insurance claim rights under their policy of Safeco Insurance,<br><br>                    Plaintiffs,<br><br>v.<br><br>SAFECO INSURANCE COMPANY OF AMERICA, a foreign insurance corporation doing business in the State of Washington,<br><br>                    Defendant. | CASE NO. 2:24-cv-01429<br><br>ORDER DENYING PLAINTIFF'S MOTION TO CONTINUE TRIAL DATE |

This matter came before the Court on Plaintiffs' Motion to Continue Trial Date to Allow for Efficient Discovery, Motion Practice, and Mediation. Dkt. No. 21. The Court has reviewed Plaintiffs' motion, Defendant's response, and relevant record.

Plaintiffs ask for a six-month continuance. Safeco does not oppose continuing the trial date, but it does oppose reviving the expired expert disclosure deadline. Dkt. No. 22. Plaintiffs did not submit a reply.

ORDER DENYING PLAINTIFF'S MOTION TO CONTINUE TRIAL DATE - 1

The Court will only continue a trial date on a showing of good cause. LCR 16(b)(6). "Mere failure to complete discovery within the time allowed does not constitute good cause for an extension or continuance." *Id*. Despite this admonishment, Plaintiffs essentially request more time to complete discovery—they make no attempt to explain why discovery cannot be completed within the time allowed and thus fail to establish good cause for an extension.

The Court DENIES Plaintiffs' motion without prejudice. If Plaintiffs seek a trial continuance or to extend other deadlines, they must show good cause and respond to Safeco's objections, if any. And if the parties submit a stipulated motion to modify the case schedule, they must follow this Court's chambers procedures.

Dated this 14th day of November, 2025.

*[signature]*

Jamal N. Whitehead
United States District Judge

ORDER DENYING PLAINTIFF'S MOTION TO CONTINUE TRIAL DATE - 2