**Honorable Jamal N. Whitehead**

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JAVIER LUNA, an individual, and LUNA SANCHEZ DEVELOPMENT CORP., a Washington corporation and as assignee of DAVID DANDEL'S and CATHERINE KECKLER'S insurance claim rights under their policy of Safeco Insurance,<br><br>Plaintiffs,<br><br>vs.<br><br>SAFECO INSURANCE COMPANY OF AMERICA, a foreign insurance corporation doing business in the State of Washington,<br><br>Defendant. | No.  2:24-cv-01429-JNW<br><br>**STIPULATED DISMISSAL OF ALL CLAIMS WITHOUT PREJUDICE AND ORDER OF DISMISSAL PURSUANT TO FRCP 41(a)(1)(A)(ii)**<br><br>**(CLERK'S ACTION REQUIRED)** |

Plaintiff Javier Luna and Defendant Safeco Insurance Company of America, by and through their undersigned counsel of record, hereby stipulate and jointly move this Court for an order dismissing this action without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

## I. STIPULATION

The parties stipulate as follows:

BEST LAW PLLC
905 W RIVERSIDE AVE, SUITE 409
SPOKANE, WASHINGTON  99201
(509) 624-4422 • (509)0703-7957 FAX

1. All parties who have appeared in this action have agreed to dismissal of this case.

2. The parties agree that this action should be dismissed **without** prejudice, with each party to bear its own attorneys' fees and costs unless otherwise agreed.

3. This stipulation is made in good faith and to avoid further litigation expenses.

## II. MOTION

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties respectfully request that the Court enter an order dismissing this action without prejudice.

DATED this 2nd day of April, 2026.          DATED this 2nd day of April, 2026.

CLYDE & CO US LLP                          BEST LAW, PLLC

s/ Daniel L. Syhre                          s/ Ryan M. Best
Michael D. Handler, WSBA #25654            Ryan M. Best, WSBA #33672
Daniel L. Syhre, WSBA #34158               905 W. Riverside Ave., Suite 409
401 Union St., Suite 1400                  Spokane, WA  99201
Seattle, WA  98101                         Phone:  (509) 624-4422
Phone:  (206) 689-8500                     ryan.best@bestlawspokane.com
michael.handler@clydeco.com                **Attorney for Plaintiffs**
dan.syhre@clydeco.com
**Attorneys for Defendant**

## III.  ORDER

THIS MATTER having come on before the above-entitled court on the stipulation of the undersigned parties, now, therefore, it is hereby ORDERED, ADJUDGED AND DECREED that Plaintiff's claims against Defendant are DISMISSED WITHOUT PREJUDICE and without costs or attorneys' fees to any party.

Dated:  3rd day of April, 2026.

_____
Jamal N. Whitehead
United States District Judge

STIPULATED DISMISSAL OF ALL CLAIMS WITHOUTH PREJUDICE AND
ORDER OF DIMISSAL PURSUANT TO FRCP 41(a)(1)(A)(ii) – 2

BEST LAW PLLC
905 W RIVERSIDE AVE, SUITE 409
SPOKANE, WASHINGTON  99201
(509) 624-4422 • (509)0703-7957 FAX

Presented by:

CLYDE & CO US LLP

*s/ Daniel L. Syhre*
Michael D. Handler, WSBA #25654
Daniel L. Syhre, WSBA #34158
401 Union St., Suite 1400
Seattle, WA  98101
michael.handler@clydeco.com
dan.syhre@clydeco.com
**Attorneys for Defendant**

BEST LAW, PLLC

*s/ Ryan M. Best*
Ryan M. Best, WSBA #33672
905 W. Riverside Ave., Suite 409
Spokane, WA  99201
ryan.best@bestlawspokane.com
**Attorney for Plaintiffs**

STIPULATED DISMISSAL OF ALL CLAIMS WITHOUTH PREJUDICE AND
ORDER OF DIMISSAL PURSUANT TO FRCP 41(a)(1)(A)(ii) – 3